# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNITED STATES, THE PRESIDENT OF THE UNITED STATES, THE HONORABLE THE EXCELLENT JOE R. BIDEN, in all capacities, and HARVARD UNIVERSITY, INC.<br>*Defendants* | No. 1:21-cv-11429-LTS<br><br>Dated: September 24, 2021 | |

## MOTION TO WITHDRAW COMPLAINT

I, Raj K. Patel (*pro se*), respectfully move this District Court for the District of Massachusetts to withdraw my complaint.

Respectfully submitted,

/s/ Raj K. Patel
T.E. T.E. Raj K. Patel (*pro se*)
1239 Spring Lake Drive
Brownsburg, IN 46112
Hendricks County
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live

## CERTIFICATE OF SERVICE

I, Raj K. Patel, certify that I filed the Motion to Complaint, filed on September 24, 2021, and I certify that I provided notice of filing to the United States and courtesy notice to all parties listed below:

The United States (e-mail)
President of the United States
T.H. T.H. T.H. T.E. Joe Biden
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Merrick.Garland@usdoj.com

The United States (e-mail)
President of the United States
T.H. T.H. T.H. T.E. Joe Biden
U.S. Attn'y's Office for the N.D.I.N.
1 Courthouse Way, Suite 9200
Boston, MA 02210
Nathaniel.Mendell@usdoj.gov
usama.webmaster@usdoj.gov

Harvard University (e-mail)
Larwence Bacow, President
Office of General Counsel
Massachusetts Hall
Cambridge, MA 02138 USA
president@harvard.edu
javier_guzman@harvard.edu

Dated: September 24, 2021

Respectfully submitted,

/s/ Raj K. Patel
T.E. T.E. Raj K. Patel (*pro se*)
1239 Spring Lake Drive
Brownsburg, IN 46112
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live

From: Raj Patel
1239 Spring Lever Dr
Brownsburg, IN 46112




U.S. POSTAGE PAID
FCM LETTER
INDIANAPOLIS, IN
46219
SEP 24, 21
AMOUNT
$0.58
R2305K132887-80

To: Clerk of D. Mass.
1 Courthouse Way
Boston, MA 02210



ReadyPost
Document Mailer



93300006
6" x 9" Envelope

UNITED STATES POSTAL SERVICE®

1PJE2150 • AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.